IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY SCOTT DEAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-036 |
| | ) | |
| STANLEY WILLIAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Respondent's motion to dismiss (doc. no. 9), and **STAYS** and **HOLDS IN ABEYANCE** this action while Petitioner exhausts his state court remedies. The Court **ORDERS** Petitioner to commence state proceedings and file a notice of compliance within thirty days of the date of this Order. Petitioner shall have thirty days from the date he has exhausted his state court remedies to file a motion to lift the stay.

SO ORDERED this 12th day of December, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA