IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY SCOTT DEAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-036 |
| | ) | |
| STANLEY WILLIAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On December 12, 2016, the Court adopted the Report and Recommendation of the Magistrate Judge as its opinion, denied Respondent's motion to dismiss, and ordered this action be stayed and held in abeyance while Petitioner exhausts his state court remedies. (Doc. no. 14.) The Court further directed Petitioner to commence state proceedings and file a notice of compliance within thirty days. On January 10, 2017, Petitioner filed his notice of compliance with the Court's December 12th order, and informed the Court he has filed a petition for a writ of habeas corpus in Tattnall County Superior Court. (Doc. no. 15.)

Accordingly, the Court **ORDERS** the **CLERK** to administratively close this action and place it on the inactive docket for administrative and statistical purposes. This action shall be reopened at such time Petitioner exhausts his state court remedies and moves to lift the stay. The administrative closing of this case shall have no effect upon the substantive rights of any party to

this case, either at the present time or at such time as the case is reopened.

SO ORDERED this 17th day of January, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA